IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT ROSS TYSINGER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:19CV757 |
| ) | |
| KENNETH LASSITER, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 14, 2020, was served on the parties in this action. (ECF Nos. 12, 13.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that that Respondent's motion for summary judgment, (ECF No. 5), is GRANTED, that the § 2254 petition, (ECF No. 1), is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 10th day of June 2020.

/s/ Loretta C. Biggs
United States District Judge